865 A.2d 657

IN THE MATTER OF KATHLEEN F. GAHLES, AN ATTORNEY
AT LAW (ATTORNEY NO. 012911982).

January 27, 2005.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04–192, concluding that **KATHLEEN F. GAHLES** of **NESHANIC STATION**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 3.2 (failing to treat with courtesy and consideration all persons involved in legal process);

And the Court having determined on its own motion, pursuant to *Rule* 1:20–16(b), to review the matter, and having concluded that respondent's unethical conduct in this matter warrants an admonition;

And good cause appearing;

It is ORDERED that **KATHLEEN F. GAHLES** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.